UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELANA KIMBLE,<br>Plaintiff,<br>v.<br>WALMART INC.,<br>Defendant. | Case No. 1:26-cv-03978-FJS<br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 8) |

On July 14, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than October 12, 2026. (ECF No. 8.) The parties showed good cause for filing dispositional documents ninety (90) days after this notice, as opposed to filing dispositional within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than October 12, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE